IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO.  03-0091-1 |
| v. | : | |
| | : | CIVIL NO.  07-4548 |
| VLADIMIR ROUDAKOV | : | |

## ORDER

**AND NOW**, this ___13th___ day of __April__, 2012, upon consideration of Petitioner's Motion Under 28 U.S.C. § 2255 (ECF No. 84), and all memoranda and exhibits submitted in support and opposition thereto, it is **ORDERED** that:

1. Defendant's Habeas Corpus Motion Under 28 U.S.C. § 2255 is **DENIED**;

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**